Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



MARY ALVAREZ, JOANNA AVRITT,
PETER GARCIA, GLORIA RIVERA,
YVONNE RIVERA, AND NORA
SANCHEZ,


 Appellants,


v.


THOMAS EMERY, BESS SIRMON
FJORDBAK, YOLANDA MACIAS,
RUTH SCHULTZ MORRIS, ROBERT
W. NILAND, ALBERT G. ROSENBERG,
RICARDO A. TEJEDA, MARIA
FERNANDA URBINA, AND BETTE A.
VISNIEWSKI,


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


§

 

§

 

 § 

No. 08-11-00140-CV



Appeal from the


384th District Court

of El Paso County, Texas


(TC# 2011-1140)




MEMORANDUM OPINION


 Pending before the Court is Appellants' and Appellees'agreed motion to dismiss this appeal
pursuant to Tex. R. App. P. 42.1 because the parties have compromised and settled all claims among
them. We grant the motion and dismiss the appeal. Pursuant to the parties' agreement, we assess
costs against the party incurring same. See Tex. R. App. P. 42.1(d) (absent agreement of the parties,
the court will tax costs against the appellant).


 GUADALUPE RIVERA, Justice

October 26, 2011


Before McClure, C.J., Rivera, J., and Antcliff, J.